1  MARK J. BLUER (157071)
   BLUER & BLUER
2  222 Sutter Street, Suite 600
   San Francisco, CA  94108
3  Tel: (415) 989-1281
   Fax:  (415) 358-4306
4
   Attorneys for PLAINTIFF
5  CRAIGNESHIA SMITH

6

7  GARY R. BASHAM (SBN 130119)
   NANCY L. MCCOY (SBN 184983)
   BASHAM LAW GROUP
8  1990 N. California Blvd., Suite 530
   Walnut Creek, CA   94596
9  Telephone:      (925) 939-3365
   Facsimile:       (925) 952-7078
10
   Attorneys for DEFENDANT
11 DENISE BASS ALLEN, D.D.S.

12

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 | CRAIGNESHIA SMITH, | Case No.  3:13-CV-0689-JSW |
   |---|---|
18 | PLAINTIFF, | |
19 | v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
20 | | Trial Date:       None set |
   | | Complaint Filed:  January 23, 2013 |
21 | DENISE BASS ALLEN, DDS.; and DOES 1-10, | |
22 | DEFENDANTS. | |

23

24

25
       Counsel report that they have met and conferred regarding ADR and have reached the
26
   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
27

28
           STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
                                    1

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*)

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline  September 30, 2013

Dated: May 3, 2013            BASHAM LAW GROUP


By:  /s/
     Nancy L. McCoy
     Attorney for Defendant,
     DENISE BASS ALLEN, D.D.S.

Dated: May 3, 2013            BLUER & BLUER


By:  /s/
     Mark J. Bluer
     Attorney for Plaintiff,
     CRAIGNESHIA SMITH

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: May 6, 2013            _____
                              UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

2