MARK J. BLUER (157071)
BLUER & BLUER
222 Sutter Street, Suite 600
San Francisco, CA  94108
Tel: (415) 989-1281
Fax:  (415) 358-4306

Attorneys for PLAINTIFF
CRAIGNESHIA SMITH


GARY R. BASHAM (SBN 130119)
NANCY L. MCCOY (SBN 184983)
BASHAM LAW GROUP
1990 N. California Blvd., Suite 530
Walnut Creek, CA  94596
Telephone:    (925) 939-3365
Facsimile:     (925) 952-7078

Attorneys for DEFENDANT
DENISE BASS ALLEN, D.D.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGNESHIA SMITH,<br><br>                 PLAINTIFF,<br><br>       v.<br><br><br>DENISE BASS ALLEN, DDS.; and DOES 1-10,<br><br>                 DEFENDANTS. | Case No.  3:13-CV-0689-JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS**<br><br>Trial Date:            None set<br>Complaint Filed:    January 23, 2013 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*)

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline September 30, 2013

Dated: May 3, 2013                    BASHAM LAW GROUP

By:   /s/
      Nancy L. McCoy
      Attorney for Defendant,
      DENISE BASS ALLEN, D.D.S.

Dated: May 3, 2013                    BLUER & BLUER

By:   /s/
      Mark J. Bluer
      Attorney for Plaintiff,
      CRAIGNESHIA SMITH

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: May 6, 2013                    _____
                                      UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

2