| | |
|---|---|
| 1 | Mark J. Bluer, SBN 157071 |
| 2 | BLUER & BLUER, LLP |
|   | 222 Sutter Street, Suite 600 |
| 3 | San Francisco, California 94108 |
|   | Telephone Number: 415-989-1281 |
| 4 | Facsimile Number: 415-358-4306 |
| 5 | Attorneys for Plaintiff CRAIGNESHIA SMITH |
| 6 | |
| 7 | GARY R. BASHAM (SBN 130119) |
|   | NANCY L. MCCOY (SBN 184983) |
| 8 | BASHAM LAW GROUP |
|   | 1990 N. California Blvd., Suite 530 |
| 9 | Walnut Creek, CA 94596 |
|   | Telephone:    (925) 939-3365 |
|   | Facsimile:    (925) 952-7078 |
| 10 | |
| 11 | Attorneys for DEFENDANT DENISE BASS ALLEN, D.D.S. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGNESHIA SMITH, | Case No. C13-0689 JSW |
| PLAINTIFF, | |
| | STIPULATION AND [~~PROPOSED~~ ORDER] RE: CASE SCHEDULE |
| v. | |
| | Trial Date:         None set |
| DENISE BASS ALLEN, DDS.; and DOES 1-10, | Complaint Filed:    January 23, 2013 |
| DEFENDANTS. | |

WHEREAS, on May 24, 2013, the Court held a Case Management Conference and ordered Counsel to meet and confer and submit a stipulation / proposed order regarding a schedule for this case by May 31, 2013.

STIPULATION AND [~~PROPOSED~~ ORDER]
RE: SCHEDULE

WHEREAS, Counsel represent that they have met and conferred as required, and currently agree on the following schedule:

    June – August, 2013 – Completion of initial written discovery and depositions

    September 30, 2013 – Completion of court-sponsored mediation.

Counsel are continuing to meet and confer on a proposed trial date for this case, and will submit a further stipulation either identifying the agreed, proposed trial date and other related dates, or notifying the court that the parties could not agree.

Further case management conference set for October 4, 2013 at 1:30 p.m. Joint case management statement due September 27, 2013 with stipulated proposed pretrial dates.

Date: May 31, 2013                    BLUER & BLUER

By:   / s /
      Mark J. Bluer

Attorneys for Plaintiff,
CRAIGNESHIA SMITH

Date: May 31, 2013                    BASHAM LAW GROUP

By:   / s /
      Nancy L. McCoy

Attorneys for Defendant,
DENISE BASS ALLEN, D.D.S.

4811-8400-9236, v. 1

Dated: June 11, 2013

IT IS SO ORDERED
Judge Jeffrey S. White

STIPULATION AND [PROPOSED ORDER]
RE: SCHEDULE