1  Mark J. Bluer, SBN 157071
   BLUER & BLUER, LLP
2  222 Sutter Street, Suite 600
   San Francisco, California 94108
3  Telephone Number: 415-989-1281
   Facsimile Number: 415-358-4306
4
5  Attorneys for Plaintiff CRAIGNESHIA SMITH

6  GARY R. BASHAM (SBN 130119)
7  NANCY L. MCCOY (SBN 184983)
   BASHAM LAW GROUP
8  1990 N. California Blvd., Suite 530
   Walnut Creek, CA  94596
9  Telephone:     (925) 939-3365
   Facsimile:     (925) 952-7078
10
   Attorneys for DEFENDANT
11 DENISE BASS ALLEN, D.D.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIGNESHIA SMITH, | Case No. C13-0689 JSW |
|---|---|
| PLAINTIFF, | |
| v. | STIPULATION AND [~~PROPOSED~~ ORDER] RE: CASE SCHEDULE |
| DENISE BASS ALLEN, DDS.; and DOES 1-10, | Trial Date:        None set |
| DEFENDANTS. | Complaint Filed:   January 23, 2013 |

    WHEREAS, on May 24, 2013, the Court held a Case Management Conference and ordered Counsel to meet and confer and submit a stipulation / proposed order regarding a schedule for this case by May 31, 2013.

STIPULATION AND [~~PROPOSED~~ ORDER]
RE: SCHEDULE

1    WHEREAS, Counsel represent that they have met and conferred as required, and currently
2 agree on the following schedule:
3        June – August, 2013 – Completion of initial written discovery and depositions
4        September 30, 2013 – Completion of court-sponsored mediation.
5 Counsel are continuing to meet and confer on a proposed trial date for this case, and will submit a
6 further stipulation either identifying the agreed, proposed trial date and other related dates, or
7 notifying the court that the parties could not agree.

Further case management conference set for October 4, 2013 at 1:30 p.m. Joint case management statement due September 27, 2013 with stipulated proposed pretrial dates.

Date:  May 31, 2013                BLUER & BLUER

                                   By:    / s /
                                          Mark J. Bluer

                                   Attorneys for Plaintiff,
                                   CRAIGNESHIA SMITH


Date:  May 31, 2013                BASHAM LAW GROUP

                                   By:    / s /
                                          Nancy L. McCoy

                                   Attorneys for Defendant,
                                   DENISE BASS ALLEN, D.D.S.

4811-8400-9236, v. 1

IT IS SO ORDERED
/s/ Jeffrey S. White
Judge Jeffrey S. White

Dated:  June 11, 2013

STIPULATION AND [PROPOSED ORDER]
RE: SCHEDULE