Mark J. Bluer, SBN 157071
BLUER & BLUER, LLP
222 Sutter Street, Suite 600
San Francisco, California 94108
Telephone Number: 415-989-1281
Facsimile Number: 415-358-4306
Email: Mbluer@bluerlaw.com

Attorneys for Plaintiff CRAIGNESHIA SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGNESHIA SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DENISE BASS ALLEN, DDS.; and DOES 1-10,<br><br>　　　　Defendant. | Case No: C13-00689-JSW<br><br>**REQUEST TO TAKE MOTION OFF CALENDAR AND VACATE CASE MANAGEMENT CONFERENCE PENDING DISMISSAL**<br> QAND ORDER THEREON |

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

The parties entered into a settlement of the entire case on or about November 15, 2013. In view of the pending settlement, Plaintiff respectfully requests that the Court take off calendar Plaintiff's Motion for Voluntary Dismissal and Motion for Remand, both of which are currently scheduled for hearing on January 24, 2014 at 9:00 a.m. in Courtroom 11 of this Court. Plaintiff

1

- REQUEST TO VACATE CMC-

further requests that the Court take off calendar the Case Management Conference scheduled for January 31, 2013 at 1:30 p.m. in Courtroom 11.

Plaintiff anticipates that she will request that this entire action be dismissed with prejudice on or before January 15, 2014.

Respectfully submitted.

Dated this 21st day of December, 2013

BLUER & BLUER, LLP



Mark J. Bluer,
Attorney for Plaintiff CRAIGNESHIA SMITH

The hearing set for January 24, 2014 is vacated. The case management conference is continued to February 14, 2014 at 1:30 p.m. The parties shall file a stipulation and proposed order of dismissal by February 7, 2014 or a joint case management statement setting out proposed date for hearing on the pending motions.
Dated: January 2, 2014



IT IS SO ORDERED
Judge Jeffrey S. White

2

- REQUEST TO VACATE CMC -